

NUMBERS 13-11-00099-CR, 13-11-00100-CR, 13-11-00101-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CRYSTAL LOPEZ,                                          **Appellant,**

**v.**

THE STATE OF TEXAS,                                   **Appellee.**

### On appeal from the 105th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

Appellant, Crystal Lopez, by and through her attorney, has filed motions to withdraw her appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant appellant's motions to withdraw the appeals and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeals. Having dismissed the

appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of March, 2011.